IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02141-REB-MJW

MOLYCORP MINERALS, LLC,

Plaintiff,

v.

MINGUS CONSTRUCTORS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion to Vacate and Reschedule September 24, 2013 Hearing (Docket No. 10) is GRANTED.  The Scheduling Conference set for September 24, 2013 at 3:00 p.m. is VACATED.  The Scheduling Conference is RESET for November 21, 2013 at 10:30 a.m.

Date: September 16, 2013