**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02141-REB-MJW

MOLYCORP MINERALS, LLC,

      Plaintiff,

v.

MINGUS CONSTRUCTORS, INC.,

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court on defendant's **Motion in Accordance With Rules 12(b)(1) and (3) to Stay, or in the Alternative, Dismiss The Action and Compel Arbitration, For Lack of Subject Matter Jurisdiction and/or Improper Venue; Memorandum of Points and Authorities; Declarations of Guy W. Bluff and Michael F. Minchella in Supprt Thereof** [#20] filed December 6, 2013. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1. The **Declaration of Guy W. Bluff in Support of Motion to Stay the Action, or in the Alternative, Dismiss The Action and Compel Arbitration** [#21] and the **Declaration of Michael F. Minchella in Support of Motion to Stay the Action, or in the Alternative, Dismiss The Action and Compel Arbitration** [#22], both filed December 6, 2013, are also **STRICKEN**.

      Dated: December 9, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.